# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MECCA MADEINA SWINTON,<br><br>                              Petitioner,<br><br>                    vs.<br><br>MATTHEW WHITAKER, et al.,<br><br>                              Respondents. | CASE NO. 19cv245-LAB<br><br>**ORDER GRANTING MOTION TO DISMISS PETITION AS MOOT [Dkt. 7];**<br><br>**ORDER VACATING HEARING** |

Petitioner's Motion to Dismiss is **GRANTED** (Dkt. 7), and the underlying Petition for Writ of Habeas Corpus is **DENIED AS MOOT** (Dkt. 2).  The hearing currently set for February 8, 2019 is **VACATED**.  No appearances will be necessary on February 8, 2019.

   **IT IS SO ORDERED**.

Dated: February 6, 2019

_____

**HONORABLE LARRY ALAN BURNS**
Chief United States District Judge